UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE KANOU,

    Plaintiff,

v.

JP MORGAN CHASE BANK NA,

    Defendant.
_____/

Case No. 12-12921

Honorable Denise Page Hood

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

DAVID J. WEAVER
CLERK OF COURT

Approved:                                  By: s/Julie Owens
                                                  Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: October 31, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                              S/Julie Owens
                              Case Manager